**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NORDIC INTERACTIVE TECHNOLOGIES LLC, <br>      *Plaintiff*, <br>   v. <br><br> LENOVO GROUP LTD., <br>      *Defendant*. | Civil Action No. _2:26-cv-477 <br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT FOR  PATENT INFRINGEMENT

Plaintiff Nordic Interactive Technologies LLC ("Plaintiff' or "Nordic") files this Complaint against Defendant Lenovo Group Ltd. ("Defendant" or "Lenovo") states as follows:

### NATURE OF THE CASE

1.	This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, including 35 U.S.C. §§ 271, 281, 283, 284, and 285.

### THE PARTIES

2.	Plaintiff Nordic is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business at 5204 Bluewater Drive, Frisco, Texas 75036.

3.	Defendant Lenovo Group Ltd. is a foreign company organized and existing under the laws of China, with its headquarters at 23rd Floor, Lincoln House, Taikoo Place, 979 King's Road, Quarry Bay, Hong Kong S.A.R. of China. Lenovo does business in Texas and in the Eastern District of Texas, directly or through intermediaries, such as its wholly-owned subsidiaries. Lenovo is responsible for importing, making, marketing, distributing, offering for sale, and/or

selling Lenovo-branded tablets and Motorola-branded smartphones in the United States (directly or through its wholly-owned subsidiaries), including in this District.

4.      Lenovo induces its subsidiaries, affiliates, retail partners, and customers in the making, using, selling, offering for sale, and/or importing throughout the United States, including within this District, infringing products (such as Lenovo-branded tablets and Motorola-branded smartphones) and placing such products into the stream of commerce via established distribution channels knowing or understanding that such products would be sold and used in the United States, including in the Eastern District of Texas. Lenovo purposefully directs the infringing products into established distribution channels within this District and the U.S. nationally. For example, Lenovo sells and offers to sell the infringing products through its websites, Lenovo.com and Motorola.com, which may be accessed throughout the United States, the State of Texas, and this District. Additionally, Lenovo has authorized sellers and sales representatives that offer for sale and sell the Accused Products throughout the State of Texas and to consumers throughout this District, such as: Best Buy, 2800 N Central Expy, Plano, TX 75074; Costco Wholesale, 3800 N Central Expy, Plano, TX 75074; Target, 7003 S Broadway Ave, Tyler, TX; and Wal-Mart, 1701 E End Blvd N, Marshall, TX 75670.

5.      Lenovo further maintains a corporate presence in the United States via at least its wholly-owned subsidiaries, including Lenovo (United States) Inc. ("Lenovo US"), Lenovo Global Technology (United States) Inc. ("Lenovo Tech"), and Motorola Mobility LLC ("Motorola"). Lenovo is believed to hold 100% of the issued capital shares of each of Lenovo US, Lenovo Tech, and Motorola. Lenovo, Lenovo US, Lenovo Tech, and Motorola are herein referred to as the "Lenovo Group."

6.      Lenovo US is a corporation organized and existing under the laws of Delaware, with a corporate headquarters located at 1009 Think Place, Morrisville, NC 27560. Lenovo US is registered to do business in the State of Texas.

7.      Lenovo Tech. is a corporation organized and existing under the laws of Delaware, with a corporate headquarters located at 1009 Think Place, Morrisville, NC 27560. Lenovo Tech. is registered to do business in the State of Texas.

8.      Motorola is a limited liability company organized and existing under the laws of Delaware, with a corporate headquarters located at 222 W. Merchandise Mart Plaza, Suite 1800 Chicago, Illinois 60654.  Motorola is registered to do business in the State of Texas.

9.      Lenovo and its U.S.-based subsidiaries (which act as part of a global network of sales and manufacturing subsidiaries) operate as agents of one another and vicariously as parts of the Lenovo Group to work in concert together. For example, in its 2024/25 Annual Report, Lenovo describes itself and its subsidiaries as follows:

**1   General information and basis of preparation**

Lenovo Group Limited (the "Company") and its subsidiaries (together, the "Group") develop, manufacture and market reliable, high-quality, secure and easy-to-use technology products and services. Its product lines include legendary Think-branded commercial personal computers and Idea-branded consumer personal computers, as well as servers, workstations, and a family of mobile internet devices, including tablets and smartphones.

Exhibit A, Lenovo Group Limited 2024/25 Annual Report at 179.  Therein, Lenovo identifies U.S.-based subsidiaries (including but not limited to Lenovo US, Lenovo Tech. and Motorola) in its list of "principal subsidiaries." *Id.* at 259-265. Lenovo describes its "principal subsidiaries" as follows:

**36  Principal subsidiaries**

The following includes the principal subsidiaries directly or indirectly held by the Company and, in the opinion of the directors, are significant to the results of the year or form a substantial portion of the net assets of the Group. The directors consider that giving details of other subsidiaries would result in particulars of excessive length.

*Id.* at 259.  Lenovo identifies its 2025 "Percentage of issued share capital held" for Lenovo US,

Lenovo Tech., and Motorola as "100%." *Id.* at 261, 263-264. Further, Lenovo identifies the "principal activities" for Lenovo US as "[d]istribution of IT products," the "principal activities" for Lenovo Tech. as "[p]rovision of IT services and distribution of IT products," and the "principal activities" of Motorola as "[d]eveloper, owner, licensor and seller of communications hardware and software." *Id.* As such, Lenovo US, Lenovo Tech., and Motorola are agents of Lenovo. At the direction and control of Lenovo, the U.S.-based subsidiaries (including but not limited to Lenovo US, Lenovo Tech., and Motorola) make, use, import, offer to sell, and/or sell Lenovo-branded tablets and Motorola-branded smartphones that infringe the Asserted Patents, including in the State of Texas and this District.

10.     Lenovo further provides various retirement savings plans to regular, full-time, and part-time United States based employees of Lenovo US, including employees of Motorola. *Id*. at 159.

**US Lenovo Savings Plan**

US regular, full-time and part-time employees of Lenovo (United States) Inc., including employees of Motorola Mobility LLC, are eligible to participate in the Lenovo Savings Plan, which is a tax-qualified defined contribution plan under section 401(k) of the Internal Revenue Code of the United States. The Motorola Mobility 401(k) Plan merged into the Lenovo Savings Plan effective December 31, 2015. The Group matches 100% of the employee's contribution up to the first 6% of the employee's eligible compensation. Employee contributions are voluntary. All contributions, including the Group match, are made in cash, in accordance with the participants' investment elections. The Group match is immediately vested.

11.     Lenovo, alone and through its U.S.-based subsidiaries (such as Lenovo US, Lenovo Tech., and Motorola), places such infringing products into the stream of commerce via established distribution channels knowing or understanding that such products would be sold and used in the United States, including in the Eastern District of Texas. Lenovo has derived substantial revenue from infringing acts in the United States, including from the sale and use of infringing products. *See* Ex. A at 188 (showing revenues for "Americas").

**JURISDICTION AND VENUE**

12.     This action arises under the patent laws of the United States, Title 35 of the United States Code ("U.S.C.") § 101 *et seq.*

13.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

14.     This Court has personal jurisdiction over Lenovo because, directly or through wholly owned and control subsidiaries, Lenovo has committed acts within the Eastern District of Texas giving rise to this action and/or has established minimum contacts with the Eastern District of Texas such that the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice. District Courts in Texas have repeatedly concluded that Lenovo is subject to personal jurisdiction in the State of Texas. *See ACQIS LLC v. Lenovo Grp. Ltd.*, 572 F. Supp. 3d 291, 307 (W.D. Tex. 2021) ("this Court finds that the exercise of personal jurisdiction over [Lenovo Group Limited] is both reasonable and fair."); *see also AX Wireless LLC v. Lenovo Grp. Ltd.*, No. 2:22-cv-00280- WS-RSP, Dkt. No. 110 (report and recommendation) (E.D. Tex. Sept. 6, 2023) ("exercising personal jurisdiction [over Lenovo Grp. Ltd.] would not offend traditional notions of fair play and substantial justice."); *see also Universal Connectivity Tech. Inc. v. Lenovo Grp. Ltd.*, No. 2:23-cv-00449-JRG, Dkt. No. 47 (Memorandum Opinion and Order) (E.D. Tex. Oct. 17, 2024).

15.     Alternatively, this Court has personal jurisdiction over Lenovo under Fed. R. Civ. P. 4(k)(2).

16.     Venue is proper under 28 U.S.C § 1391(c) as to Lenovo because it is a foreign corporation organized under the laws of China and suits against foreign entities are proper in any judicial district. *See* 28 U.S.C. § 1391(c)(3); *In re HTC Corp.*, 889 F.3d 1349 (Fed. Cir. 2018).

**THE ASSERTED PATENTS**

17.     On September 15, 2009, U.S. Patent Number 7,590,097 (the "'097 Patent"), entitled "Device Detection and Service Discovery System and Method for a Mobile Ad Hoc Communications Network," was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '097 Patent is attached as Exhibit B to this Complaint.

18.     The '097 Patent issued from U.S. patent application Serial Number 10/662,407, filed on September 16, 2003, and discloses and relates to communications between devices in a wireless communications network.

19.     Nordic is the sole owner of all rights, title, and interest in and to the '097 Patent including the right to sue for and collect past, present, and future damages and to seek and obtain injunctive or any other relief for infringement of the '097 Patent.

20.     The '097 Patent expired on June 8, 2024.

**THE ACCUSED PRODUCTS**

21.     Defendant makes, uses, sells, offers for sale, and/or imports into the United States consumer electronics that infringe at least claims 19-24 of the '097 Patent (the "'097 Accused Products").

22.     The '097 Accused Products include: (1) all Lenovo electronic devices running Android Mobile Operating System 4.1 or later versions, incorporating the Bluetooth 2.1 or later version standard using Extended Inquiry Response; (2) all Lenovo electronic devices running Chrome OS incorporating the Bluetooth 2.1 or later version standard using Extended Inquiry Response; and (3) all Lenovo electronic devices running Android Mobile Operating System that support Wi-Fi Direct.

23.    Such '097 Accused Products include, but are not limited to the Lenovo Legion Y70, K14 Plus, Legion Pro 2, Legion Y90, Legion Duel 2, Legion Pro, Legion Duel, K13, K12 Pro, K13 Note, K13 Pro, A8 2020, and the Motorola Edge 50 Fusion, Moto G85, Moto G35, Moto G45, Edge 50 Pro, Edge 50, Edge 50 Neo, Edge 50 Ultra, Moto G54, Moto G Stylus 5G (2024), Moto G05, Moto G84, Moto G64, Edge 40, Edge 40 Neo, Moto G75, Moto G34, Moto G15, Edge (2024), Moto G Play (2024), Moto G32, Moto G (2024), Moto E15, Moto G55, Moto G Power (2024), Moto E13, Razr 50 Ultra, Moto G24, Moto G04, Edge 40 Pro, Moto G73, Moto G14, Razr 40, Razr 40 Ultra, Razr 50, Edge (2022), Edge+ (2020), Edge 30 Pro, Edge 30 Fusion, Moto G24 Power, Edge, Moto G Stylus 5G (2023), Edge+ 5G UW (2022), Moto G Power 5G, Moto G82, Moto G72, Moto E14, Moto G04s, Edge 30, ThinkPhone, Moto G53, Moto G52, Moto G13, Edge (2021), S50 Neo, Moto G 5G, Moto G15 Power, Edge+ (2023), Edge 30 Ultra, Moto G60, Moto G Stylus (2023), Moto G23, ThinkPhone 25, Moto G Stylus 5G, Razr 2024, Moto G31, Moto G (2023), Moto G54 Power, Moto G62 5G, Edge 30 Neo, Moto Z3, and all other devices running Android Mobile Operating System 4.1 or later incorporating versions of Bluetooth 2.1 or later.

24.    Such '097 Accused Products further include, but are not limited to all devices using Android or Android TV, version 4.0 or later that support Wi-Fi Direct (P2P), and all other devices running Android Mobile Operating System that support Wi-Fi Direct.

25.    Such '097 Accused Products also include, but are not limited to the Lenovo Chromebook Duet and all other devices running Chrome OS and incorporating versions of Bluetooth 2.1 or later.

**COUNT I – INFRINGEMENT OF THE '097 PATENT**

26.    Nordic hereby realleges the foregoing paragraphs as though fully set forth herein.

27.    Defendant directly and/or through its subsidiaries, affiliates, agents, and/or business partners, has in the past and continues to directly infringe at least claims 19-24 of the

'097 Patent pursuant to 35 U.S.C. §§ 271(a) by making, using, selling, or offering to sell, and/or importing in the United States, the '097 Accused Products.

28.    With regards to claim 19, the '097 Accused Products practice a method for performing device detection and service discovery in a mobile ad hoc communications network, comprising:



**Representative Product**

Operating system
Launched with Android™ 8.1. Oreo™

Processor
Qualcomm® Snapdragon™ 835 processor with a 2.35GHz octa-core CPU and 850 MHz Adreno 540 GPU

Memory (RAM)
4 GB

Internal storage
64 GB

Wi-Fi
802.11 a/ac/b/g/n 2.4 GHz + 5 GHz

Bluetooth® technology
5.0

Motorola Moto Z3

This Application Document is intended to provide examples for implementation of *Bluetooth* Secure Simple Pairing (SSP) using NFC.

It is recommended that all NFC Forum members and *Bluetooth* SIG members refer to this Application Document when implementing *Bluetooth* SSP using NFC.

*Bluetooth* SSP has been introduced in *Bluetooth* Core Specification Version 2.1 + EDR, and specific data format may change in subsequent versions of the standard. Thus, this Application Document refers explicitly to version 2.1 + EDR.

NFCForum-AD-BTSSP_1.0 2011-10-18,Introduction, page 7, section 1 https://members.nfc-forum.org/resources/AppDocs/NFCForum_AD_BTSSP_1_0.pdf

New Types of Connectivity

Android Beam

Android Beam is a popular NFC-based technology that lets users instantly share, just by touching two NFC-enabled phones together.

In Android 4.1, Android Beam makes it easier to share images, videos, or other payloads by **leveraging Bluetooth for the data transfer**. When the user triggers a transfer, Android Beam hands over from NFC to Bluetooth, making it really easy to manage the transfer of a file from one device to another.

Android developers - Jelly Bean, Section "New Types of Connectivity" https://developer.android.com/about/versions/jelly-bean

## Android Beam

Android Beam™ now supports large payload transfers over Bluetooth. When you define the data to transfer with either the new `setBeamPushUris()` method or the new callback interface `NfcAdapter.CreateBeamUrisCallback`, Android hands off the data transfer to Bluetooth or another alternate transport to achieve faster transfer speeds. This is

Android 4.1 APIs, Connectivity, Android Beam  https://developer.android.com/about/versions/android-4.1#AndroidBeam

○ MUST support NFC Connection handover to Bluetooth when the device supports Bluetooth Object Push Profile. Device implementations must support connection handover to Bluetooth when using android.nfc.NfcAdapter.setBeamPushUris, by implementing the "Connection Handover version 1.2" [Resources, 60] and "Bluetooth Secure Simple Pairing Using NFC version 1.0" [Resources, 61] specs from the

61. Bluetooth Secure Simple Pairing Using NFC: http://www.nfc-forum.org/resources/AppDocs/NFCForum_AD_BTSSP_1_0.pdf

### 1.2  DISCOVERY SERVICES

As the number of services that can be provided over Bluetooth links increases it is becoming more important to help the users to locate, identify and accept the desired services.

The Bluetooth protocol stack defined in the core specification contains:

1. Device discovery services via the Inquiry and Inquiry Scan procedures

2. Extended Inquiry Response (EIR) information packets that may be sent during the Inquiry response procedure to provide the device name and other identifying information during the inquiry procedure (only possible if both devices support EIR)

3. Service Discovery Protocol that is used to locate services that are available on devices in the vicinity of the inquiring device.

Bluetooth Discovery Whitepaper, Service Discovery Applications, page 4, section 1.2  https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=144841

### 4.2  DISCOVERY WHEN EIR IS SUPPORTED

EIR (available in V2.1 + EDR and later core specifications) provides a possible mechanism for service-related information to be sent in response to inquiry. The minimum required information is the user name for the Responder. Other information is optional but may be adequate for the automated selection or user selection of the devices to further interrogate for service information.

Bluetooth Discovery Whitepaper, Service Discovery Applications, page 12, section 4.2  https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=144841

29.    conducting an inquiry to discover nearby devices,

1.2 DISCOVERY SERVICES

As the number of services that can be provided over Bluetooth links increases it is becoming more important to help the users to locate, identify and accept the desired services.

The Bluetooth protocol stack defined in the core specification contains:

1. Device discovery services via the Inquiry and Inquiry Scan procedures

Bluetooth Discovery Whitepaper, Service Discovery Applications, page 4, section 1.2   https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=144841

When both the initiating and responding devices support the Bluetooth Core Specification 2.1 + EDR (or later), it may be possible for the initiator to obtain information about the responder without the need to create a connection. The EIR feature provides a mechanism for the responding device to include name and supported-services information in its inquiry response message. Prior to the Bluetooth Core 2.1 + EDR specification, the only information available was the Bluetooth device address and class of device. Best practices now strongly discourage the use of the Class of Device fields for device filtering. Regarding EIR, the following recommendations are made:

1. The device name, or a portion thereof, is a required element in the EIR data

2. As much of the EIR data as possible, while still maintaining a useful device name, should be devoted to supported service UUIDS

3. The inquiring device should use the EIR data to categorize and/or filter the list of responding devices when presenting a list of responding devices to the user interface. Note, however, that EIR responses are not guaranteed – so implementers should still allow users to find "all" devices in the area.

Bluetooth Discovery Whitepaper, Service Discovery Applications, page 7, section 2.1   https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=144841

30.     determining, whether a discovered nearby device provides an indication that it may include a middleware software,

When both the initiating and responding devices support the Bluetooth Core Specification 2.1 + EDR (or later), it may be possible for the initiator to obtain information about the responder without the need to create a connection. The EIR feature provides a mechanism for the responding device to include name and supported-services information in its inquiry response message. Prior to the Bluetooth Core 2.1 + EDR specification, the only information available was the Bluetooth device address and class of device. Best practices now strongly discourage the use of the Class of Device fields for device filtering. Regarding EIR, the following recommendations are made:

1. The device name, or a portion thereof, is a required element in the EIR data

2. As much of the EIR data as possible, while still maintaining a useful device name, should be devoted to supported service UUIDS

3. The inquiring device should use the EIR data to categorize and/or filter the list of responding devices when presenting a list of responding devices to the user interface. Note, however, that EIR responses are not guaranteed – so implementers should still allow users to find "all" devices in the area.

31.     the middleware software configured for providing application and service discovery;

2.5 SEARCHING FOR SERVICES

[..]

The capability search for service records based on the values of arbitrary attributes is not provided. Rather, the capability is provided to search only for attributes whose values are Universally Unique Identifiers1 (UUIDs). Important attributes of services that can be used to search for a service are represented as UUIDs.

10

32.    when the discovered nearby device does not provide an indication that it may include the middleware software:

> If the two devices are based on Bluetooth V2.1 + EDR (or later) Core specifications, the inquiry process may have caused the transfer of a some portion of the device name and other information, including the UUIDs for supported services, from the Responder to the Initiator. This information may be adequate for the user to make their device and service selections.  Note: SDP should still be used for any subsequent user-initiated profile connections and profiles should use SDP to query versioning and supported-features information from the applicable SDP record on the Responder.
>
> **Bluetooth Discovery Whitepaper, Service Discovery Applications, page 9, section 2.4**  https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=144841

> **4.2  DISCOVERY WHEN EIR IS SUPPORTED**
>
> EIR (available in V2.1 + EDR and later core specifications) provides a possible mechanism for service-related information to be sent in response to inquiry. The minimum required information is the user name for the Responder. Other information is optional but may be adequate for the automated selection or user selection of the devices to further interrogate for service information.
>
> It is recommended that service-related information be included in EIR responses.  The information can be used by the Initiator to reduce the number of devices to page and perform full SDP – this implies that association of devices can be performed more quickly with EIR.  For example if a user wishes to find a device that can render stereo audio the Initiator should focus on devices that have sent EIR responses indicating the A2DP Snk service class.  If the user of the Initiator chooses to use that Responder the local A2DP profile will comply with the A2DP profile requirements, thereby performing full SDP searches on the A2DP Snk service record.  The benefit of EIR here is that the user finds a suitable stereo rendering device more quickly than if the Initiator paged all Responders to perform SDP (including those devices that do not have the A2DP service)
>
> **Bluetooth Discovery Whitepaper, Service Discovery Applications, page 12, section 4.2**  https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=144841

33.    disconnect communication session establishment with the discovered nearby device;

> **4.2  DISCOVERY WHEN EIR IS SUPPORTED**
>
> EIR (available in V2.1 + EDR and later core specifications) provides a possible mechanism for service-related information to be sent in response to inquiry. The minimum required information is the user name for the Responder. Other information is optional but may be adequate for the automated selection or user selection of the devices to further interrogate for service information.
>
> It is recommended that service-related information be included in EIR responses.  The information can be used by the Initiator to reduce the number of devices to page and perform full SDP – this implies that association of devices can be performed more quickly with EIR.  For example if a user wishes to find a device that can render stereo audio the Initiator should focus on devices that have sent EIR responses indicating the A2DP Snk service class.  If the user of the Initiator chooses to use that Responder the local A2DP profile will comply with the A2DP profile requirements, thereby performing full SDP searches on the A2DP Snk service record.  The benefit of EIR here is that the user finds a suitable stereo rendering device more quickly than if the Initiator paged all Responders to perform SDP (including those devices that do not have the A2DP service)
>
> **Bluetooth Discovery Whitepaper, Service Discovery Applications, page 12, section 4.2**  https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=144841

34.     when the discovered nearby device provides an indication that it may include the middleware software:

**4.2 DISCOVERY WHEN EIR IS SUPPORTED**

EIR (available in V2.1 + EDR and later core specifications) provides a possible mechanism for service-related information to be sent in response to inquiry. The minimum required information is the user name for the Responder. Other information is optional but may be adequate for the automated selection or user selection of the devices to further interrogate for service information.

It is recommended that service-related information be included in EIR responses. The information can be used by the Initiator to reduce the number of devices to page and perform full SDP – this implies that association of devices can be performed more quickly with EIR. For example if a user wishes to find a device that can render stereo audio the Initiator should focus on devices that have sent EIR responses indicating the A2DP Snk service class. If the user of the Initiator chooses to use that Responder the local A2DP profile will comply with the A2DP profile requirements, thereby performing full SDP searches on the A2DP Snk service record. The benefit of EIR here is that the user finds a suitable stereo rendering device more quickly than if the Initiator paged all Responders to perform SDP (including those devices that do not have the A2DP service)

Bluetooth Discovery Whitepaper, Service Discovery Applications, page 12, section 4.2 https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=144841

35.     creating a wireless short-range communication connection to discovered nearby device;

**7.3 LINK ESTABLISHMENT**

Whenever the SrvDscApp needs to connect to a specific Responder for performing SDP, the Initiator follows the Link Establishment procedure in the Geriatric Access Profile The time lag before entering this state and the amount of time available for the link establishment may be constrained existing connections.

**7.4 CONNECTABLE MODE**

Devices that have responded to an inquiry will need to enter page scan state in order to allow the discovering device to connect, request device name, and perform SDP. Therefore, a device that is Discoverable should also be Connectable. As an example, if the Responder has sent an EIR response it should enter Connectable state because the Initiator will likely connect to perform full SDP searches using one or more of the service UUIDs included in the EIR response.

Bluetooth Discovery Whitepaper, Service Discovery Applications, page 21, sections 7.3 and 7.4 https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=144841

36.     confirming whether said nearby device includes the middleware software by requesting corresponding information from said nearby device via the wireless short-range communication connection;

In case 2, when both devices support EIR, some time may be saved as the application code can examine the EIR response to determine if the user criteria are met. Having EIR does not eliminate the need for an SDP search to obtain further information about a specific profile, such as its RFCOMM port number, or supported features bits. However, if the goal is to display a list of suitable devices for the user, EIR can reduce the number of connections and SDP searches that are needed for that task.

Bluetooth Discovery Whitepaper, Service Discovery Applications, page 12, section 4.1 https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=144841

### 7.4  CONNECTABLE MODE

Devices that have responded to an inquiry will need to enter page scan state in order to allow the discovering device to connect, request device name, and perform SDP.  Therefore, a device that is Discoverable should also be Connectable.  As an example, if the Responder has sent an EIR response it should enter Connectable state because the Initiator will likely connect to perform full SDP searches using one or more of the service UUIDs included in the EIR response.

Bluetooth Discovery Whitepaper, Service Discovery Applications, page 21, section 7.4 https://www.bluetooth.org/docman/handlers/DownloadDoc.ashx?doc_id=144841

37.    and when said nearby device includes the middleware software: executing the middleware software to perform application and service discovery with said nearby device.

If the client, or an application associated with the client, decides to use a service, it opens a separate connection to the service provider in order to utilize the service. SDP provides a mechanism for discovering services and their attributes (including associated service access protocols), but it does not provide a mechanism for utilizing those services (such as delivering the service access protocols).

Bluetooth Specification Version 2.1 + EDR [vol 3] page 116, section 2.1 https://www.bluetooth.org/docman/handlers/downloaddoc.ashx?doc_id=241363

38.    With regards to claim 19, the '097 Accused Products incorporating the Bluetooth 2.1 or later version standard incorporation Wi-Fi direct provide a method for performing device detection and service discovery in a mobile ad hoc communications network, comprising:

13

## Representative Products

*Devices using Android or Android TV, version 4.0 or later that support Wi-Fi Direct (P2P) as specified in in the "Wi-Fi Direct Wi-Fi Peer-to-Peer (P2P) Technical Specification."*

*Service Discovery was introduced in the early versions of Wi-Fi Direct. For practical reasons we are referring in this claim chart to Version 1.7 (https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17)*

## Wi-Fi Direct (peer-to-peer or P2P) overview

Wi-Fi Direct (P2P) allows Android 4.0 (API level 14) or later devices with the appropriate hardware to connect directly to each other via Wi-Fi without an intermediate access point. Using these APIs, you can discover and connect to other devices when each device supports Wi-Fi P2P, then communicate over a speedy connection across distances much longer than a Bluetooth connection. This is useful for applications that share data among users, such as a multiplayer game or a photo sharing application.

The Wi-Fi P2P APIs consist of the following main parts:

- Methods that allow you to discover, request, and connect to peers are defined in the `WifiP2pManager` class.
- Listeners that allow you to be notified of the success or failure of `WifiP2pManager` method calls. When calling `WifiP2pManager` methods, each method can receive a specific listener passed in as a parameter.
- Intents that notify you of specific events detected by the Wi-Fi P2P framework, such as a dropped connection or a newly discovered peer.

**Source: Android Developers Guides, Wi-Fi Direct (peer-to-peer or P2P) overview** https://developer.android.com/guide/topics/connectivity/wifip2p

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7

# 1      Introduction

## 1.1     Overview

This document is the Technical Specification for Wi-Fi P2P, a solution for Wi-Fi® device-to-device connectivity. This Specification defines an architecture and set of protocols that facilitate Wi-Fi P2P operation and that are backward compatible with existing Wi-Fi CERTIFIED™ devices when these devices operate outside DMG. For devices operating within DMG, there are no requirements on backward compatibility with existing Wi-Fi CERTIFIED™ devices.

## 1.2     Scope

The scope of the feature requirements is limited to that defined in this specification. The content of this specification is designed to address the solution requirement areas including:

— Discovery (Device Discovery and Service Discovery),
— Pairing (including Group Formation and P2P Invitation),

` **Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Page 13 of 201** https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17

## Wi-Fi Direct (peer-to-peer or P2P) overview

Wi-Fi Direct (P2P) allows Android 4.0 (API level 14) or later devices with the appropriate hardware to connect directly to each other via Wi-Fi without an intermediate access point. Using these APIs, you can discover and connect to other devices when each device supports Wi-Fi P2P, then communicate over a speedy connection across distances much longer than a Bluetooth connection. This is useful for applications that share data among users, such as a multiplayer game or a photo sharing application.

The Wi-Fi P2P APIs consist of the following main parts:

- Methods that allow you to discover, request, and connect to peers are defined in the `WifiP2pManager` class.

- Listeners that allow you to be notified of the success or failure of `WifiP2pManager` method calls. When calling `WifiP2pManager` methods, each method can receive a specific listener passed in as a parameter.

- Intents that notify you of specific events detected by the Wi-Fi P2P framework, such as a dropped connection or a newly discovered peer.

Source: Android Developers Guides, Wi-Fi Direct (peer-to-peer or P2P) overview https://developer.android.com/guide/topics/connectivity/wifip2p

## android.net.wifi.p2p

Added in API level 14

Kotlin | **Java**

Provides classes to create peer-to-peer (P2P) connections with Wi-Fi Direct.

Using these APIs, you can discover and connect to other devices when each device supports Wi-Fi Direct, then communicate over a speedy connection across distances much longer than a Bluetooth connection. The primary class you need to work with is `WifiP2pManager`, which you can acquire by calling `getSystemService(WIFI_P2P_SERVICE)`. The `WifiP2pManager` includes APIs that allow you to:

- Initialize your application for P2P connections by calling `initialize()`
- Discover nearby devices by calling `discoverPeers()`
- Start a P2P connection by calling `connect()`
- And more

Source: Android Developers Reference, android.net.wifi.p2p https://developer.android.com/reference/android/net/wifi/p2p/package-summary

39.    conducting an inquiry to discover nearby devices,

## 3.1.2    Device Discovery procedures

### 3.1.2.1    Basic mechanisms of Device Discovery

The objective of P2P Device Discovery is to find P2P Devices and quickly determine the P2P Device to which a connection will be attempted. In-band P2P Device Discovery consists of two major phases: Scan and Find, which are described in detail in the following sections. Alternatively, if two P2P Devices support NFC, the user may specify the target device by touching the P2P Device's NFC Interface to the corresponding device's NFC Interface. Such NFC Out-of-Band Device Discovery is defined in Section 3.1.2.7.

In-band Device Discovery uses Probe Request and Probe Response frames to exchange device information. When operating outside DMG, the P2P Devices in a P2P Group are discovered via a Probe Response frame from the P2P Group Owner. When operating within DMG, P2P Devices in a P2P Group are normally discovered via an SSW frame received in response to a DMG Beacon transmission as described in Section 11.1.4.3 of IEEE 802.11-REVmc [11]; Probe Request and Probe Response frames are subsequently used to exchange device information. Alternatively, Probe Request and Probe Response frames may be used instead of SSW frames for devices that do not use beamforming.

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Page 25 of 201 _https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17_

## android.net.wifi.p2p

Added in API level 14

Kotlin | **Java**

Provides classes to create peer-to-peer (P2P) connections with Wi-Fi Direct.

Using these APIs, you can discover and connect to other devices when each device supports Wi-Fi Direct, then communicate over a speedy connection across distances much longer than a Bluetooth connection. The primary class you need to work with is `WifiP2pManager`, which you can acquire by calling `getSystemService(WIFI_P2P_SERVICE)`. The `WifiP2pManager` includes APIs that allow you to:

- Initialize your application for P2P connections by calling `initialize()`
- Discover nearby devices by calling `discoverPeers()`
- Start a P2P connection by calling `connect()`
- And more

Source: Android Developers Reference, android.net.wifi.p2p https://developer.android.com/reference/android/net/wifi/p2p/package-summary

16



**Figure 9—Example of Service Discovery procedure when operating outside DMG**

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Page 43 of 201 https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17



**Figure 5—Example In-band Device Discovery procedures for a P2P Device operating outside DMG**

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Page 31 of 201 https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17

17

40.    determining, whether a discovered nearby device provides an indication that it may include a middleware software,



Figure 5—Example In-band Device Discovery procedures for a P2P Device operating outside DMG

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Page 31 of 201 *https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17*



Table 4—P2P IE format

| Field | Size (octets) | Value (Hexadecimal) | Description |
|---|---|---|---|
| Element ID | 1 | 0xDD | IEEE 802.11 vendor specific usage. |
| Length | 1 | variable | Length of the following fields in the IE in octets. The Length field is a variable, and set to 4 plus the total length of P2P attributes. |
| OUI | 3 | 50 6F 9A | Wi-Fi Alliance specific OUI. |
| OUI Type | 1 | 0x09 (to be assigned) | Identifying the type or version of P2P IE. Setting to 0x09 indicates Wi-Fi Alliance P2P v1.0. |
| P2P Attributes | variable | | One of more P2P attributes appear in the P2P IE. |

Figure 5—Example In-band Device Discovery procedures for a P2P Device operating outside DMG

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Pages 31 and 89 of 201 *https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17*

**Table 5—General format of P2P attribute**

| Field | Size (octets) | Value (Hexadecimal) | Description |
|---|---|---|---|
| Attribute ID | 1 | variable | Identifying the type of P2P attribute. The specific value is defined in Table 6. |
| Length | 2 | variable | Length of the following fields in the attribute. |
| Attributes body field | variable | | Attribute-specific information fields. |

**Table 4—P2P IE format**

| Field | Size (octets) | Value (Hexadecimal) | Description |
|---|---|---|---|
| Element ID | 1 | 0xDD | IEEE 802.11 vendor specific usage. |
| Length | 1 | variable | Length of the following fields in the IE in octets. The Length field is a variable, and set to 4 plus the total length of P2P attributes. |
| OUI | 3 | 50 6F 9A | Wi-Fi Alliance specific OUI. |
| OUI Type | 1 | 0x09 (to be assigned) | Identifying the type or version of P2P IE. Setting to 0x09 indicates Wi-Fi Alliance P2P v1.0. |
| P2P Attributes | variable | | One of more P2P attributes appear in the P2P IE. |

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Pages 89 and 90 of 201 https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17

**Table 5—General format of P2P attribute**

| Field | Size (octets) | Value (Hexadecimal) | Description |
|---|---|---|---|
| Attribute ID | 1 | variable | Identifying the type of P2P attribute. The specific value is defined in Table 6. |
| Length | 2 | variable | Length of the following fields in the attribute. |
| Attributes body field | variable | | Attribute-specific information fields. |

**Table 6—P2P Attribute ID definitions**

| Attribute ID | Notes |
|---|---|
| 0 | Status |
| 1 | Minor Reason Code |
| 2 | P2P Capability |

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Page 90 of 201 https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17

19



**Table 11—P2P Capability attribute format**

| Field | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 2 | Identifying the type of P2P attribute. The specific value is defined in Table 6. |
| Length | 2 | 2 | Length of the following fields in the attribute. |
| Device Capability Bitmap | 1 | variable | A set of parameters indicating P2P Device's capabilities, as defined in Table 12. |

**Table 6—P2P Attribute ID definitions**

| Attribute ID | Notes |
|---|---|
| 0 | Status |
| 1 | Minor Reason Code |
| 2 | P2P Capability |

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Pages 90 and 94 of 201 https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17

41.    the middleware software configured for providing application and service discovery;

**Table 11—P2P Capability attribute format**

| Field | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 2 | Identifying the type of P2P attribute. The specific value is defined in Table 6. |
| Length | 2 | 2 | Length of the following fields in the attribute. |
| Device Capability Bitmap | 1 | variable | A set of parameters indicating P2P Device's capabilities, as defined in Table 12. |

**Table 12—Device Capability Bitmap definition**

| Bit(s) | Information | Notes |
|---|---|---|
| 0 | Service Discovery | The Service Discovery field shall be set to 1 if the P2P Device supports Service Discovery, and is set to 0 otherwise. |

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Pages 94 and 95 of 201 https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17

## 3.1    P2P discovery

### 3.1.1    Introduction

P2P Discovery enables P2P Devices to quickly find each other and form a connection.

P2P Discovery consists of the following major components:

— **Device Discovery** facilitates two P2P Devices arriving on a common channel and exchanging device information (e.g. device name and device type).

— **Service Discovery** is an optional feature that allows a P2P Device to discover available higher-layer services prior to forming a connection.

— **Group Formation** is used to determine which device will be the P2P Group Owner and form a new P2P Group.

— **P2P Invitation** is used to invoke a Persistent P2P Group or invite a P2P Device to join an existing P2P Group.

Note – During P2P Discovery, a DMG STA can ignore P2P public action frames received outside of a beacon interval if it does not know how to respond to such frames.

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Page 25 of 201 https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17

With peer discovery using `discoverPeers(WifiP2pManager.Channel, WifiP2pManager.ActionListener)`, an application discovers the neighboring peers, but has no good way to figure out which peer to establish a connection with. For example, if a game application is interested in finding all the neighboring peers that are also running the same game, it has no way to find out until after the connection is setup. Pre-association service discovery is meant to address this issue of filtering the peers based on the running services.

With pre-association service discovery, an application can advertise a service for a application on a peer device prior to a connection setup between the devices. Currently, DNS based service discovery (Bonjour) and Upnp are the higher layer protocols supported. Get Bonjour resources at dns-sd.org and Upnp resources at upnp.org As an example, a video application can discover a Upnp capable media renderer prior to setting up a Wi-fi p2p connection with the device.

[...]

**discoverServices**                                                                                  Added in API level 16

```
public void discoverServices (WifiP2pManager.Channel c,
                WifiP2pManager.ActionListener listener)
```

Initiate service discovery. A discovery process involves scanning for requested services for the purpose of establishing a connection to a peer that supports an available service.

Source: Android Developers Reference, WifiP2pManager https://developer.android.com/reference/android/net/wifi/p2p/WifiP2pManager.html

42.    when the discovered nearby device does not provide an indication that it may include the middleware software: disconnect communication session establishment with the discovered nearby device;

## 3.1    P2P discovery

### 3.1.1    Introduction

P2P Discovery enables P2P Devices to quickly find each other and form a connection.

P2P Discovery consists of the following major components:

— **Device Discovery** facilitates two P2P Devices arriving on a common channel and exchanging device information (e.g. device name and device type).

— **Service Discovery** is an optional feature that allows a P2P Device to discover available higher-layer services prior to forming a connection.

— **Group Formation** is used to determine which device will be the P2P Group Owner and form a new P2P Group.

— **P2P Invitation** is used to invoke a Persistent P2P Group or invite a P2P Device to join an existing P2P Group.

Note – During P2P Discovery, a DMG STA can ignore P2P public action frames received outside of a beacon interval if it does not know how to respond to such frames.

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Page 25 of 201 *https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17*

With peer discovery using `discoverPeers(WifiP2pManager.Channel, WifiP2pManager.ActionListener)`, an application discovers the neighboring peers, but has no good way to figure out which peer to establish a connection with. For example, if a game application is interested in finding all the neighboring peers that are also running the same game, it has no way to find out until after the connection is setup. Pre-association service discovery is meant to address this issue of filtering the peers based on the running services.

With pre-association service discovery, an application can advertise a service for a application on a peer device prior to a connection setup between the devices. Currently, DNS based service discovery (Bonjour) and Upnp are the higher layer protocols supported. Get Bonjour resources at dns-sd.org and Upnp resources at upnp.org As an example, a video application can discover a Upnp capable media renderer prior to setting up a Wi-fi p2p connection with the device.

[...]

discoverServices                                                                Added in API level 16

```
public void discoverServices (WifiP2pManager.Channel c,
            WifiP2pManager.ActionListener listener)
```

Initiate service discovery. A discovery process involves scanning for requested services for the purpose of establishing a connection to a peer that supports an available service.

Source: Android Developers Reference, WifiP2pManager *https://developer.android.com/reference/android/net/wifi/p2p/WifiP2pManager.html*

43.    when the discovered nearby device provides an indication that it may include the middleware software: creating a wireless short-range communication connection to discovered nearby device;

With peer discovery using `discoverPeers(WifiP2pManager.Channel, WifiP2pManager.ActionListener)`, an application discovers the neighboring peers, but has no good way to figure out which peer to establish a connection with. For example, if a game application is interested in finding all the neighboring peers that are also running the same game, it has no way to find out until after the connection is setup. Pre-association service discovery is meant to address this issue of filtering the peers based on the running services.

With pre-association service discovery, an application can advertise a service for a application on a peer device prior to a connection setup between the devices. Currently, DNS based service discovery (Bonjour) and Upnp are the higher layer protocols supported. Get Bonjour resources at dns-sd.org and Upnp resources at upnp.org As an example, a video application can discover a Upnp capable media renderer prior to setting up a Wi-fi p2p connection with the device.

[...]

## discoverServices

Added in API level 16

```
public void discoverServices (WifiP2pManager.Channel c,
                WifiP2pManager.ActionListener listener)
```

Initiate service discovery. A discovery process involves scanning for requested services for the purpose of establishing a connection to a peer that supports an available service.

**Source: Android Developers Reference, WifiP2pManager** https://developer.android.com/reference/android/net/wifi/p2p/WifiP2pManager.html



**Figure 5—Example In-band Device Discovery procedures for a P2P Device operating outside DMG**

**Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Page 31 of 201** https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17



**Figure 9—Example of Service Discovery procedure when operating outside DMG**



**Figure 9—Example of Service Discovery procedure when operating outside DMG**

44.     confirming whether said nearby device includes the middleware software by requesting corresponding information from said nearby device via the wireless short-range communication connection;



**Figure 9—Example of Service Discovery procedure when operating outside DMG**

45.     and when said nearby device includes the middleware software: executing the middleware software to perform application and service discovery with said nearby device.

25



**Figure 9—Example of Service Discovery procedure when operating outside DMG**

### 3.1.3   Service Discovery procedures

The Service Discovery procedure is an optional frame exchange that may be performed at any time to any discovered P2P Device, for example following a successful Device Discovery procedure prior to group formation. This procedure can be used to determine compatibility information on the services offered by a P2P Device. This protocol is extensible and flexible so that it enables different higher layer service advertisement protocol types such as Bonjour [4] and UPnP [5].

The Service Discovery procedure leverages the Generic Advertisement Service (GAS) protocol/frame exchange as defined in IEEE 802.11-2012 [1]. The Service Discovery procedure uses GAS with unicast standard public action frames with a vendor specific body. It may be a single or multiple GAS Initial Request and Response action frame exchange. The requesting P2P Device transmits one or more GAS Initial Request frames. A target P2P Device that supports Service Discovery responds with one or more GAS Initial Response frames. It is assumed that service information is readily available within a P2P Device supporting Service Discovery and the GAS Initial Response frame shall be returned without delay after receiving a GAS Initial Request.

Wi-Fi Peer-to-Peer (P2P) Technical Specification v1.7, Page 38 of 201 https://www.wi-fi.org/file/wi-fi-peer-to-peer-p2p-technical-specification-v17

46. Defendant has had actual notice of the '097 Patent and the infringement alleged herein at least as early as April 13, 2021.

47. Defendant has failed to take adequate steps to determine whether or not they were infringing or would infringe the '097 Patent, despite having been on notice of and lacking permission to practice the '097 Patent.

48. Therefore, Defendant is liable for infringement of the '097 Patent and its infringement has been and continues to be willful in nature.

49. Plaintiff Nordic has incurred and will continue to incur substantial damages, including monetary damages.

50. Plaintiff Nordic has been and continues to be irreparably harmed by Defendant's infringement of the '097 Patent.

51. Therefore, Plaintiff Nordic is entitled to an injunction, actual and/or compensatory damages, reasonable royalties, pre-judgment and post-judgment interest, enhanced damages, and costs.

<strong>PRAYER FOR RELIEF</strong>

WHEREFORE, Plaintiff Nordic requests that judgment be entered in favor of Nordic and against Defendant, and that Nordic be granted the following relief:

i. A finding that Lenovo has directly infringed one or more claims of the '097 Patent, either literally and/or under the doctrine of equivalents;

ii. An award of damages sufficient to compensate Nordic for Defendant's infringement of the '097 Patent pursuant to 35 U.S.C. § 284;

iii. An award of prejudgment and post-judgment interest pursuant to 35 U.S.C. § 284;

iv. Treble damages for willful infringement as permitted under 35 U.S.C. § 284;

v.      An award of attorneys' fees incurred in prosecuting this action, on the basis that this is an exceptional case provided by 35 U.S.C. § 285; and

vi.     Such other and further relief as this Court shall deem appropriate.

**JURY DEMAND**

Plaintiff demands a trial by jury of any and all issues triable of right before a jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

**RESERVATION OF RIGHTS**

Plaintiff's investigation is ongoing, and certain material information remains in the sole possession of Defendants or third parties, which will be obtained via discovery herein. Plaintiff expressly reserves the right to amend or supplement the causes of action set forth herein in accordance with Rule 15 of the Federal Rules of Civil Procedure.

DATED: June 17, 2026           Respectfully submitted,

*/s/ Nicholas Najera*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Nicholas Najera
Texas Bar No. 24127049
nnajera@nilawfirm.com

NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75251
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff Nordic Interactive Technologies LLC*